**Melissa Baloain, SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa St., Suite 120**
**Fresno, Ca. 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JUAN CASTRO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CASTRO,<br><br>Defendant. | Case No.  1:23-CR-00149-JLT-SKO<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING; ORDER**<br><br>Date: March 31, 2025<br>Time: 9:00 a.m.<br>Court: Hon. Jennifer L. Thurston |

## STIPULATION

The defendant, JUAN CASTRO, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Justin Gilio, hereby stipulate as follows:

1.     By previous order, this matter was set for a sentencing hearing on March 31, 2025, at 9:00 a.m.

2.     By this stipulation, the parties move to continue the sentencing hearing until **May 12, 2025, at 9:00 a.m.**

3.     The parties request the continuance so that Defense has adequate time to continue investigation regarding issues pertaining to Mr. Castro's sentencing.   The parties

therefore stipulate and request that the current date set for the sentencing hearing be vacated and that the matter be re-set for sentencing on May 12, 2025.

4.    The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and sentencing memoranda be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIUPLATED

Dated: March 20, 2025

/s/ Melissa Baloian
_____
**MELISSA BALOIAN**
Attorney for Defendant

Dated: March 20, 2025

/s/ Justin Gilio
_____
**JUSTIN GILIO**
Assistant United States Attorney

--------------------------------------------------------------------------------------------------------

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Juan Castro is CONTINUED from March 31, 2025, to May 12, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:    **March 20, 2025**

_____
UNITED STATES DISTRICT JUDGE